**FILED**

April 30, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BOBBY AGUILAR ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. SA-23-CV-938-OLG |
| ) | |
| ) | |
| MARCOS SILVEIRA, ) | |
| ) | |
| Defendant ) | |

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

On this date the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on February 29, 2024. Docket no. 16. The parties were served with a copy of the recommendation, but no objections were filed. When no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

The Court has reviewed the recommendation and the findings and conclusions therein are neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendation of United States Magistrate Judge Richard B. Farrer, filed in this cause on February 29, 2024, is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1). It is further ORDERED that all claims asserted in this lawsuit are DISMISSED for the reasons stated in the recommendation. This case may be closed.

SIGNED and ENTERED on the 30 day of April, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE